

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00026-CV

WC 1217-1221 HAVEN LANE, LP, APPELLANT

V.

MID-CENTURY INSURANCE CO. AND PARKE MOYER, APPELLEES

On Appeal from the 368th District Court
Williamson County, Texas
Trial Court No. 13-0730-C368, Honorable Rick J. Kennon, Presiding

August 1, 2016

## ORDER

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

On July 22, 2016, appellee, Mid-Century Insurance Co., filed an unopposed motion to abate this appeal. This motion indicates that the parties have reached a tentative settlement of all claims and requests that the appeal be abated so that the parties might finalize their settlement agreement. Because this motion complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(2)(C), we grant the motion.

Accordingly, without consideration of the merits, this cause is abated and remanded to the trial court to permit proceedings necessary to effectuate the agreement of the parties.  *See* TEX. R. APP. P. 42.1(a)(2)(C).  Mid-Century is directed to provide this Court with a status report regarding this case at least every thirty days until the parties' settlement has been finally effectuated.  The first status report is due to be filed in this Court on or before Friday, August 31, 2016.  Upon entry of judgment in accordance with the parties' settlement, Mid-Century is directed to file a motion to dismiss this appeal.


Per Curiam